**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SHUJAUDDIN HAKIMI** | **CIVIL CASE NO. 26-3262** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SCOTT LADWIG, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

**IT IS HEREBY ORDERED** that Petitioner's Motion for Temporary Restraining Order is **GRANTED.**

**IT IS FURTHER ORDERED** that Respondents are temporarily enjoined from removing Petitioner for fourteen (14) days.

**IT IS FURTHER ORDERED** that on or before September 3, 2026, Respondents shall file a response to the Motion for Temporary Restraining Order. (Doc. 3).

**THUS DONE AND SIGNED** this 27th day of August, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**